No. 473. THE FIRST NATIONAL BANK OF VANDALIA, ILL., ET AL., PETITIONERS, *v.* EDWARD FLICKINGER. December 10, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. W. C. Herron* and *Mr. John N. VanDeman* for petitioners. *Mr. T. E. Powell* for respondent.

No. 489. DE WANE B. SMITH, PETITIONER, *v.* DEXTER G. LOOK ET AL. December 10, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Milton E. Robinson* for petitioner. *Mr. Fred L. Chappell* for respondents.

No. 498. EDWARD B. LEIGH, PETITIONER, *v.* KEWANEE MANUFACTURING COMPANY. December 10, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John P. Ahrens* and *Mr. David S. Geer* for petitioner. *Mr. Joseph H. Defrees* and *Mr. William Brace* for respondent.

No. 506. THE UNITED STATES, PETITIONER, *v.* R. HOE & CO. December 17, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *The Attorney General* and *The Solicitor General* and *Mr. W. Wickham Smith* for petitioner. *Mr. Albert H. Washburn* for respondents.

No. 507. THE UNITED STATES, PETITIONER, *v.* JAMES C. MORGAN. December 17, 1906. Petition for a writ of cer-